UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN N. OSBORN, | No. 2:14-cv-2424-KJN |
| Plaintiff, | |
| v. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

The court's records show that plaintiff has not yet indicated whether or not he consents to the jurisdiction of a magistrate judge for all purposes pursuant to 28 U.S.C. § 636(c). Accordingly, within fourteen (14) days of this order, plaintiff shall file a brief statement indicating whether or not he consents to the jurisdiction of a magistrate judge for all purposes, including the entry of final judgment, pursuant to 28 U.S.C. § 636(c). Importantly, plaintiff is under no obligation to so consent, but plaintiff's designation in that regard assists the court in determining how the case will be administratively processed.

IT IS SO ORDERED.

Dated: September 1, 2015

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1